## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOCTORS HOSPITAL 1997, L.P., | § | Case No. 05-35291-H4-11 |
| | § | |
| Former Debtor. | § | (Chapter 11) |
| | § | |
| | § | |

## ORDER GRANTING TRUSTEE'S MOTION TO PAY UNCLAIMED FUNDS INTO THE REGISTRY OF THE COURT

Upon consideration of *Motion to Pay Unclaimed Funds Into the Registry of the Court* (the "Motion"),[1] filed by Steven S. Turoff as Trustee of the Doctors Hospital Creditors' Trust (the "Trustee"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that, under the circumstances, proper and adequate notice of the Motion and any hearing thereon has been given and that no other or further notice is necessary; the Court further finds that, upon the record herein and after due deliberation thereon, the Trustee has shown good cause for the relief requested in the Motion; accordingly,

### IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is **GRANTED** as described herein.

2. The Trustee is authorized to pay the remaining funds held by the Trust in the amount of $35,139.82 into the registry of the Court.

3. That portion of the funds constituting unclaimed distributions (i.e., $31,346.36) shall be held in the name(s) of the Class 4 Claimholder(s) identified in the Beneficiary List annexed hereto as Exhibit A.

---

[1] Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Motion.

1

4.      The balance of the funds paid into the registry of the Court by the Trustee (i.e., $3,793.46) shall be treated by the Clerk of Court as unclaimed funds in accordance with applicable regulations.

5.      Termination of the Trust is approved.

6.      The Trustee is released from any further obligations with respect to the Trust.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the Motion and the implementation of this Order.

SIGNED this _____ day of August, 2013.


_____

JEFF BOHM
CHIEF UNITED STATES BANKRUPTCY JUDGE



2

6336449v2 21439/000001

<u>EXHIBIT A</u>

**Beneficiary List**