

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/13/2013

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOCTORS HOSPITAL 1997, L.P., | § | Case No. 05-35291-H4-11 |
| | § | |
| Former Debtor. | § | (Chapter 11) |
| | § | |
| | § | |

### ORDER GRANTING TRUSTEE'S MOTION TO PAY UNCLAIMED FUNDS INTO THE REGISTRY OF THE COURT (997)

Upon consideration of *Motion to Pay Unclaimed Funds Into the Registry of the Court* (the "Motion"),[1] filed by Steven S. Turoff as Trustee of the Doctors Hospital Creditors' Trust (the "Trustee"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that, under the circumstances, proper and adequate notice of the Motion and any hearing thereon has been given and that no other or further notice is necessary; the Court further finds that, upon the record herein and after due deliberation thereon, the Trustee has shown good cause for the relief requested in the Motion; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as described herein.

2. The Trustee is authorized to pay the remaining funds held by the Trust in the amount of $35,139.82 into the registry of the Court.

3. That portion of the funds constituting unclaimed distributions (i.e., $31,346.36) shall be held in the name(s) of the Class 4 Claimholder(s) identified in the Beneficiary List annexed hereto as <u>Exhibit A</u>.

---

[1] Capitalized terms utilized but not defined herein shall have the meaning ascribed to them in the Motion.

1

4. The balance of the funds paid into the registry of the Court by the Trustee (i.e., $3,793.46) shall be treated by the Clerk of Court as unclaimed funds in accordance with applicable regulations.

5. Termination of the Trust is approved.

6. The Trustee is released from any further obligations with respect to the Trust.

7. This Court retains jurisdiction with respect to all matters arising from or related to the Motion and the implementation of this Order.

SIGNED this __13th__ day of ~~August~~ Sept., 2013.

_____
JEFF BOHM
CHIEF UNITED STATES BANKRUPTCY JUDGE

6336449v.2 131439/000001

## EXHIBIT A

**Beneficiary List**

## EXHIBIT A

**Beneficiary List**

6336353v.2 131439/000001

Doctor's Hospital Creditors' Trust
Unclaimed Funds

| Creditor Name | Last Known Address | | | | Funds Due Creditor |
|---|---|---|---|---|---|
| | Street | City | State | Zip | |
| Allstate EMS Ambulance Inc. | 488 Loop Central Drive, Ste 445 | Houston | TX | 77081 | 270.96 |
| Blackstone Medical Inc. | 90 Brookdale Dr | Springfield | MA | 1104 | 94.25 |
| Castle Dental Center | 3701 Kirby Dr., Ste 550 | Houston | TX | 77098 | 11.19 |
| Depuy Spine Sales Limited Partnership | 325 Paramount Drive | Raynham | MA | | 23.42 |
| DVI Financial Services | PO Box 64599 | Chicago | IL | 60664-0599 | 22,158.50 |
| Elizabeth Arvizu | 148 Parker | Houston | TX | 77076 | 10.70 |
| Genzyme Genetics | PO Box 223041 | Pittsburgh | PA | 15251-2041 | 189.91 |
| Guidant Sales Corp | 75 Remittance Dr., Ste 6094 | Chicago | IL | 60675-6094 | 632.55 |
| Gulf coast Collections Inc. | 1220 Blalock, Ste 310 | Houston | TX | 77055 | 741.65 |
| Health Quest EMS LLC | PO Box 7761 | The Woodlands | TX | 77387 | 102.93 |
| Hitech Fire Detection Corp | 7710 T Cherry Park Dr., #112 | Houston | TX | 77095 | 28.38 |
| Houston Chronicle(Newspaper) | PO Box 80086 | Prescott | AZ | 86304-8086 | 60.12 |
| JCN Holdings, Inc c/o Weinstock & Scavo | 3405 Piedmont Road, Suite 300 | Atlanta | GA | 30305 | 3,094.99 |
| Logo Stuff Inc. | 20011 Cherry Oaks Lane | Humble | TX | 77346 | 19.04 |
| Marco Duenus | 18214 E. Hardy | Houston | TX | 77073 | 11.09 |
| Marquis Litigation Service LLC | 2855 Mangum, Ste 105 | Houston | TX | 77092 | 10.34 |
| Matheson Tri-Gas Inc | 1525 Walnut Hill Lane, Suite 100 | Irving | TX | 75038 | 389.15 |
| Medmarc Company | 415 N. Main St., Ste 106 | Euless | TX | 76039 | 10.93 |
| Nase National Assoc, RE: Toby Mount | P.O. Box 982009 | North Richland Hills | TX | | 16.87 |
| Neosurg Technologies Inc. | 17300 El Camino Real, Ste 110 | Houston | TX | 77058 | 77.84 |
| Nylcare HMO (HMO Blue TX), RE: Cleo O. Hadnot | P.O. Box 56228 | Dallas | TX | 75266-0044 | 27.71 |
| Professional Cardiovascular SE | PO Box 642 | Sugar Land | TX | 77487 | 769.79 |
| Ross Products Division | PO Box 18095 | Columbus | OH | 43216 | 20.65 |
| Sensormedics Corp | Dept CH 10157 | Palatine | IL | 60055-1057 | 10.13 |
| Smith & Nephew Inc | 150 Minuteman Road | Andover | MA | 1810 | 502.03 |
| Smith & Nephew Orthopedics Div. Inc. | 1450 Brooks Road | Memphis | TN | | 42.32 |
| Smiths Medical MD Inc. | PO Box 6500-4190 | Philadelphia | PA | 19178-4190 | 58.27 |
| St. Jude Medical S.C. Inc | 807 Las Cimas Parkway, Suite 400 | Austin | TX | 78746 | 972.73 |
| Technical Solutions Inc. | 6315 Maple Spring Place | Kingwood | TX | 77345 | 24.88 |
| Terminix International CO 2331 | 21755 Interstate 45 | Spring | TX | 77388-3607 | 11.28 |

Doctor's Hospital Creditors' Trust
Unclaimed Funds

| Creditor Name | Last Known Address | | | | Funds Due |
| --- | --- | --- | --- | --- | --- |
| | Street | City | State | Zip | Creditor |
| Texas Linen Company LTD | PO Box 1209 | Austin | TX | 78767-1209 | 108.76 |
| The Pie Factory | 6039 Bissonnett | Houston | TX | 77036 | 15.37 |
| The Westar Company | PO Box 55347 | Houston | TX | 77255-5347 | 216.64 |
| Time Warner Communications | 8590 W. Tidwell | Houston | TX | 77040-5568 | 61.20 |
| Triumph Healthcare | 7333 North FRWY, Ste 500 | Houston | TX | 77076 | 51.79 |
| United States Surgical | Drawer 198032 | Atlanta | GA | 30384 | 40.82 |
| USA Mobility | PO Box 66770 | Dallas | TX | 75266-0770 | 15.92 |
| Worldtech USA, Inc. | 1937 NE Loop 410, Ste 360 | San Antonio | TX | 78217 | 441.26 |
| Cash available in excess of estimates | | | | | 248.46 |
| Cash received after final distribution | | | | | 3,545.00 |

Total  $  35,139.82